UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS RICARDO MUNROE,<br><br>                              Plaintiff,<br><br>            -against-<br><br>NEW YORK UNIVERSITY; ERIN JANE LYNCH; LEGAL AFFAIRS DEPARTMENT; OFFICE OF FACULTY HOUSING,<br><br>                              Defendants. | 25-CV-3431 (DEH)<br><br>ORDER OF SERVICE |

DALE E. HO, United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action asserting, among other things, claims under the Americans with Disabilities Act, the Fair Housing Act, 42 U.S.C. § 3601 *et seq.*, and Section 504 of the Rehabilitation Act. By order dated April 29, 2025, the Court granted Plaintiff's request to proceed *in forma pauperis* (IFP), that is, without prepayment of fees.

## DISCUSSION

Because Plaintiff has been granted permission to proceed IFP, he is entitled to assistance from the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

To allow Plaintiff to effect service on Defendants New York University, Erin Jane Lynch, the Legal Affairs Department, and the Office of Faculty Housing through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each Defendant. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is directed to: (1) mail an information package to Plaintiff; (2) issue summonses for Defendants New York University, Erin Jane Lynch, the Legal Affairs Department, and the Office of Faculty Housing; (3) complete the USM-285 forms with the addresses for Defendants, and (4) deliver to the U.S. Marshals Service all documents necessary to effect service.

Plaintiff may consent to accept service of documents in this case by email, instead of by regular mail, by completing the attached form, Consent to Electronic Service.

SO ORDERED.

Dated:   May 2, 2025
         New York, New York

                                           _____
                                                      DALE E. HO
                                              United States District Judge

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. New York University
   Office of the President
   70 Washington Square South
   New York, NY 10012

2. Erin Jane Lynch
   Assistant Vice President of Faculty Housing
   665 Broadway, 8th Floor
   New York, NY 10012

3. Legal Affairs Department
   Office of General Counsel
   70 Washington Square South, 11th Floor
   New York, NY 10012

4. Office of Faculty Housing
   665 Broadway, 8th Floor
   New York, NY 10012