UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LUIS RICARDO MUNROE,

                        **Plaintiff,**

        -against-

NEW YORK UNIVERSITY, et al.,

                       **Defendants.**

------------------------------------------------------------------X

25-CV-3431 (DEH)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 3/24/2026 ___

**SARAH NETBURN, United States Magistrate Judge**:

On March 23, 2026, the Court held a conference to discuss next steps in this litigation. Plaintiff shall file an amended complaint no later than April 24, 2026.

Defendants shall file their motion to dismiss by June 18, 2026. Plaintiff shall file his opposition to Defendants' motion to dismiss by July 31, 2026. Defendants shall file any reply by August 14, 2026.

Plaintiff is encouraged to contact the Federal Pro Se Legal Assistance Project run by the City Bar Justice Center for assistance with amending the complaint and with responding to Defendants' motion to dismiss. The City Bar Justice Center can be reached by phone (212-382-4794) or email (fedprosdny@nycbar.org).

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     March 24, 2026
             New York, New York