USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**LUIS RICARDO MUNROE,**

**Plaintiff,**

**-against-**

**NEW YORK UNIVERSITY, et al.,**

**Defendants.**

-----------------------------------------------------------------X

**25-CV-3431 (DEH)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

On June 18, 2026, Defendants filed a motion to dismiss Plaintiff's amended complaint. Per the Court's scheduling order, Plaintiff's opposition was due by July 31, 2026. To date, Plaintiff has not filed his opposition. Plaintiff shall file his opposition to Defendant's motion to dismiss on or before August 24, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: August 17, 2026
New York, New York