USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 10/15/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**
**LUIS RICARDO MUNROE,**

**Plaintiff,**

**-against-**

**NEW YORK UNIVERSITY, et al.,**

**Defendants.**
**---------------------------------------------------------------X**

**25-CV-03431 (DEH)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

On October 9, 2026, Plaintiff asked the Court to allow him to file a second amended complaint. ECF No. 44. The initial complaint was filed April 24, 2025, and an amended complaint was filed April 24, 2026. Defendants' motion to dismiss the amended complaint is now fully briefed. Defendants oppose the request, arguing that amendment would be futile and that the recently located documents to which Plaintiff refers do not justify further amendment.

Before the Court addresses Plaintiff's request, he is directed to file a proposed second amended complaint, together with a redline against the first amended complaint, by Friday, November 6, 2026. This deadline is firm. Plaintiff is encouraged to make all applicable changes to his complaint at this time, as further leave to amend will not be granted absent extraordinary circumstances. Defendants will have until November 13, 2026, to indicate whether they oppose the Second Amended Complaint. If they do not, Defendants shall further indicate whether they seek to file a new response or stand by their pending motion to dismiss.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: October 15, 2026
New York, New York