USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
**LUIS RICARDO MUNROE,**

**Plaintiff,**

**-against-**

**NEW YORK UNIVERSITY, et al.,**

**Defendants.**
---------------------------------------------------------------X

**25-CV-03431 (DEH)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

On October 15, 2026, the Court directed Plaintiff to file a proposed second amended complaint, together with a redline against the first amended complaint, by Friday, November 6, 2026. Plaintiff has not done so. The Court considers his motion to amend withdrawn and will address Defendants' motion to dismiss in the ordinary course.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: November 13, 2026
New York, New York